# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BELMAR ANTONIO CASTRO GARCIA, | Case No. 1:26-cv-01122-JLT-SAB-HC |
| Petitioner, | |
| v. | ORDER FOR SUPPLEMENTAL BRIEFING |
| WARDEN, CALIFORNIA CITY CORRECTIONAL CENTER, | |
| Respondent. | |

Petitioner is an immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 that challenges his immigration detention on statutory and due process grounds. (ECF No. 1.)

On April 16, 2026, Respondents filed a response, arguing that "Petitioner is an 'applicant for admission' under 8 U.S.C. § 1225(a)(1) who is subject to mandatory detention under 8 U.S.C. § 1225(b)(1)(A)(iii)(II)." (ECF No. 6 at 2.)

A search of the Executive Office for Immigration Review's ("EOIR") Automated Case Information System using Petitioner's A-Number indicates that Petitioner was ordered removed on March 31, 2026. See https://acis.eoir.justice.gov/en/caseInformation (last visited May 14, 2026). The Court finds that supplemental briefing on the impact of the removal order, if any, on the petition would assist the Court in this matter.

Accordingly, the Court HEREBY ORDERS that:

1.  Within fourteen (14) days of the date of service of this order, Respondents SHALL FILE a supplemental brief addressing the issue set forth above; and

2.  Within fourteen (14) days of the date of service of Respondents' supplemental brief, Petitioner SHALL FILE a supplemental brief.

IT IS SO ORDERED.

Dated:    **May 14, 2026**

STANLEY A. BOONE
United States Magistrate Judge