**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

BELMAR ANTONIO CASTRO GARCIA,

Petitioner,

v.

WARDEN, CALIFORNIA CITY CORRECTIONAL CENTER,

Respondent.

No. 2:26-cv-01122 JLT SAB (HC)

A-Number: 240-184-027

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING RESPONDENTS' MOTION TO DISMISS, DISMISSING THE PETITION FOR WRIT OF HABEAS CORPUS AS MOOT, LIFTING NO-TRANSFER ORDER, AND DIRECTING CLERK OF COURT TO CLOSE CASE

(Docs. 1, 4, 9, 13)

Petitioner is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On July 16, 2026, the magistrate judge issued findings and recommendations that Respondent's motion to dismiss be granted, the petition for writ of habeas corpus be dismissed as moot, and the no-transfer order be lifted because Petitioner is subject to a final order of removal and thus his claims challenging detention under 8 U.S.C. § 1226 are moot. (Doc. 13.) On July 23, 2026, Petitioner filed timely objections. (Doc. 14.)

According to 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes the findings and recommendations are supported by the record and proper analysis. Petitioner argues that the case is not moot because he continues to be detained and the 90-day removal period is about to expire without Respondents having any concrete plans to remove him.

(Doc. 14.) However, Respondents have been restrained throughout this period from removing Petitioner due to this Court's order (Doc. 4), which is why they have moved to lift the stay of removal. (Doc. 9.) Thus, the Court **ORDERS**:

1. The findings and recommendations issued on July 16, 2026 (Doc. 13) are **ADOPTED IN FULL**.
2. Respondent's motion to dismiss (Doc. 9) is **GRANTED**.
3. The petition for writ of habeas corpus is **DISMISSED** as moot.
4. The no-transfer order (Doc. 4) is **LIFTED**.
5. The Clerk of Court is directed to **CLOSE THE CASE**.

IT IS SO ORDERED.

Dated: August 11, 2026

UNITED STATES DISTRICT JUDGE